**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Carlos Enrique Flores |
| Debtor 2 (Spouse, if filing) | Juana Delacruz Flores |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number | 18-30694 |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association et al

**Court claim no.** (if known): 22

**Last 4 digits** of any number you use to identify the debtor's account: 9 6 2 1

**Date of payment change:** Must be at least 21 days after date of this notice: 11/01/2019

**New total payment:** Principal, interest, and escrow, if any   $ 999.44

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 313.20     New escrow payment: $ 392.52

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1  **Carlos   Enrique   Flores**
          First Name  Middle Name  Last Name

Case number *(if known)* 18-30694

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Marissa Alvarado
Signature

Date 10/02/2019

Print: **Marissa        Alvarado**
       First Name  Middle Name  Last Name

Title **Bankruptcy Asset Manager**

Company **SN Servicing Corporation**

Address **323 5th Street**
        Number  Street

**Eureka          CA      95501**
City            State   ZIP Code

Contact phone **800-603-0836**

Email **bknotices@snsc.com**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was served on the 3rd day of October, 2019. Said Notice was filed electronically. Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Carlos Enrique Flores
6045 Palo Alto Avenue (Mailing)
El Paso, TX 79912

DEBTOR
Juana Delacruz Flores
6045 Palo Alto Avenue (Mailing)
El Paso, TX 79912

DEBTORS' ATTORNEY
Karla Patricia Griffin
Watson Law Firm
1123 Rio Grande,
El Paso, TX79902

TRUSTEE
Stuart C. Cox
1760 N. Lee Trevino Drive
El Paso, TX 79936

<u>CREDITOR ATTORNEY</u>

| Attorney | | Representing |
|---|---|---|
| Bradley S Balderrama<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro<br>Suite 300<br>San Antonio, TX 78205<br>210-225-6763<br>210-225-6410 (fax)<br>Brad.Balderrama@lgbs.com<br> *Assigned: 05/07/2018* | representing | City Of El Paso<br>711 Navarro Ste. 300<br>San Antonio, TX 78205<br>*(Creditor)* |
| Christopher Keith Baxter<br>Marinosci & Baxter<br>14643 Dallas Parkway<br>Suite 750<br>Dallas, TX 75254<br>713-419-3309<br>9723315240 (fax)<br>TXBK@mlg-defaultlaw.com<br> *Assigned: 05/14/2018* | representing | SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), CREDITOR C/O SETERUS, INC.<br>*(Creditor)* |
| Philip Stuart Traynor<br>Ghidotti Berger, LLP<br>600 East John Carpenter Fwy.<br>Suite 175<br>Irving, TX 75062<br>949-427-2010<br>949-427-2732 (fax)<br>ptraynor@ghidottiberger.com<br> *Assigned: 07/26/2018* | representing | SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), CREDITOR C/O SETERUS, INC.<br>*(Creditor)* |
| *Assigned: 12/10/2018* | representing | MTGLQ Investors, LP<br>*(Creditor)* |

/s/ Richard E. Anderson
RICHARD E. ANDERSON

SN Servicing Corporation — Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  September 21, 2019

CARLOS FLORES  
JUANA FLORES  
6045 PALO ALTO AVE  
EL PASO TX  79912

Loan:

Property Address:  
6045 PALO ALTO AVENUE  
EL PASO, TX  79912

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Feb 2019 to Oct 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 606.92 | 606.92 |
| Escrow Payment: | 313.20 | 392.52 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $920.12 | $999.44 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Sep 01, 2019 |
| Escrow Balance: | 1,014.28 |
| Anticipated Pmts to Escrow: | 626.40 |
| Anticipated Pmts from Escrow (-): | 220.44 |
| Anticipated Escrow Balance: | $1,420.24 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (1,798.52) |
| Feb 2019 | | 472.76 | | | * | | 0.00 | (1,325.76) |
| Mar 2019 | | | | 3,387.64 | * | City/Town Tax | 0.00 | (4,713.40) |
| Apr 2019 | | 472.76 | | | * | | 0.00 | (4,240.64) |
| Apr 2019 | | 4,551.66 | | | * | Escrow Only Payment | 0.00 | 311.02 |
| Apr 2019 | | | | 311.02 | * | Escrow Disbursement | 0.00 | 0.00 |
| May 2019 | | 313.20 | | | * | | 0.00 | 313.20 |
| May 2019 | | | | 110.53 | * | Escrow Disbursement | 0.00 | 202.67 |
| Jun 2019 | | 313.20 | | | * | | 0.00 | 515.87 |
| Jun 2019 | | | | 110.43 | * | Escrow Disbursement | 0.00 | 405.44 |
| Jul 2019 | | 313.20 | | | * | | 0.00 | 718.64 |
| Jul 2019 | | | | 110.32 | * | Escrow Disbursement | 0.00 | 608.32 |
| Aug 2019 | | | | 110.22 | * | Escrow Disbursement | 0.00 | 498.10 |
| Sep 2019 | | 626.40 | | | * | | 0.00 | 1,124.50 |
| Sep 2019 | | | | 110.22 | * | Escrow Disbursement | 0.00 | 1,014.28 |
| | | | | | | Anticipated Transactions | 0.00 | 1,014.28 |
| Sep 2019 | | 313.20 | | 110.22 | | Forced Place Insur | | 1,217.26 |
| Oct 2019 | | 313.20 | | 110.22 | | Forced Place Insur | | 1,420.24 |
| | $0.00 | $7,689.58 | $0.00 | $4,470.82 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation  Final
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  September 21, 2019

CARLOS FLORES                                                                                                                  Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 1,420.24 | 3,105.35 |
| Nov 2019 | 392.52 | 110.22 | Forced Place Insur | 1,702.54 | 3,387.65 |
| Dec 2019 | 392.52 | 110.22 | Forced Place Insur | 1,984.84 | 3,669.95 |
| Jan 2020 | 392.52 | 3,387.64 | City/Town Tax | (1,010.28) | 674.83 |
| Jan 2020 |  | 110.22 | Forced Place Insur | (1,120.50) | 564.61 |
| Feb 2020 | 392.52 | 110.22 | Forced Place Insur | (838.20) | 846.91 |
| Mar 2020 | 392.52 | 110.22 | Forced Place Insur | (555.90) | 1,129.21 |
| Apr 2020 | 392.52 | 110.22 | Forced Place Insur | (273.60) | 1,411.51 |
| May 2020 | 392.52 | 110.22 | Forced Place Insur | 8.70 | 1,693.81 |
| Jun 2020 | 392.52 | 110.22 | Forced Place Insur | 291.00 | 1,976.11 |
| Jul 2020 | 392.52 | 110.22 | Forced Place Insur | 573.30 | 2,258.41 |
| Aug 2020 | 392.52 | 110.22 | Forced Place Insur | 855.60 | 2,540.71 |
| Sep 2020 | 392.52 | 110.22 | Forced Place Insur | 1,137.90 | 2,823.01 |
| Oct 2020 | 392.52 | 110.22 | Forced Place Insur | 1,420.20 | 3,105.31 |
|  | $4,710.24 | $4,710.28 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 564.61.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 785.05 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,420.24.  Your starting balance (escrow balance required) according to this analysis should be $3,105.35.  This means you have a shortage of 1,685.11. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 4,710.28.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

**New Escrow Payment Calculation**

| | |
|---|---:|
| Unadjusted Escrow Payment | 392.52 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $392.52 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**